UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DENNIS L. CHINN, an individual, <br> AND <br> CHINN INVESTMENTS, LLC, <br> a washington limited liability company, <br> Plaintiff, <br> v. <br> CITY OF SEATTLE, <br> Defendant | Case No.: 2:25-cv-01456-RAJ <br><br> APPEARANCE OF COUNSEL |

FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 09 2025  MH

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff CHINN INVESTMENTS, LLC

Date: SEPT. 9, 2025

*/s/ Dennis L. Chinn*

Dennis L. Chinn    WSBA #14295

Address: 9001 NE 37th Place, Bellevue, WA 98004

Email:   Dlchinn46@gmail.com

Phone: (206) 459-5326

APPEARANCE OF COUNSEL - 1