UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS L. CHINN, et al., | Case No. 2:25-cv-01456-RAJ |
| Plaintiffs, | |
| v. | MINUTE ORDER |
| CITY OF SEATTLE, | |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

The Judgment entered on June 25, 2026 was entered in error. The Judgment is hereby VACATED and the Clerk is directed to reopen this case.

DATED this 13th day of July, 2026.

JOSHUA C. LEWIS,
Clerk of the Court

/s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1